FORM 26. Docketing Statement       Form 26 (p. 1)
                                    July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2024-2045
**Short Case Caption:** Really Right Stuff v. Field Optics Research
**Filing Party/Entity:** Really Right Stuff, LLC

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Utah District Court | 2:20-cv-00345-DBB | 830 |

**Relief sought on appeal:** ☐ None/Not Applicable

Overturn summary judgment and remand for trial.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Summary judgment motions were granted in part and denied in part. Dkt. 157. Court entered summary judgment and dismissal. Dkt. 161.

**Briefly describe the judgment/order appealed from:**

Summary judgment motions were granted in part and denied in part. Dkt. 157. Court entered summary judgment and dismissal. Dkt. 161.

**Nature of judgment (select one):**   **Date of judgment:** 7/1/24

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☒ Other (explain)                        Summary judgment order 5/31/24

FORM 26. Docketing Statement                                   Form 26 (p. 2)
                                                                  July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☑ None/Not Applicable

Issues to be raised on appeal: ☐ None/Not Applicable

Patent infringement, patent validity, summary judgment.

Have there been discussions with other parties relating to settlement of this case?
☐ Yes  ☑ No

If "yes," when were the last such discussions?
☐ Before the case was filed below
☐ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?  ☐ Yes  ☐ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☑ Yes  ☐ No

Explain.

The issues are largely fully briefed. The parties would benefit from the potential cost saving of early resolution.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 7/25/24   Signature: /s/ Susan D. Pitchford
                Name: Susan D. Pitchford

Save for Filing